ROBERT C. NELSON, respondent,

*v.*

AMERICAN TRUST COMPANY, trustees, &c., et al., appellants.

[Decided May 19th, 1930.]

*Mr. Martin R. O'Keefe,* for the respondent.

*Messrs. King & Vogt,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Fielder, and reported in *104 N. J. Eq. 594.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, BLACK, CAMPBELL, LLOYD, CASE, BODINE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.